IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JIMMIE LEWIS
  PLAINTIFF,

V.                    CIV A. NO. 04-1410 GMS

JOHN S. EDINGER JR.

ORDER TO SHOW CAUSE AND
TEMPORARY RESTRAINING ORDER

STATE OF DELAWARE
COUNTY OF NEW CASTLE

UPON THE SUPPORTING AFFIDAVIT OF THE PLAINTIFF
AND THE ACCOMPANYING MEMORANDUM OF LAW, IT IS;

ORDERED THAT DEFENDANT JOHN S. EDINGER JR. SHOW CAUSE IN ROOM _____ OF THE UNITED STATES DISTRICT COURT, 844 N. KING ST - WILM, DE 19801, ON THE _____ DAY OF _____, 2005, AT _____ O'CLOCK, WHY A PRELIMINARY INJUNCTION SHOULD NOT BE ISSUED PURSUANT TO RULE 65(a), FED. R. CIV. P, —

FILED
MAY - 3 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

ENJOINING THE SAID DEFENDANT(S), THEIR SUCCESSORS IN OFFICE, AGENTS AND EMPLOYEES AND ALL OTHER PERSONS ACTING IN CONCERN AND PARTICIPATION WITH THEM, TO PROVIDE — EFFECTIVE ASSISTANCE OF COUNSEL IN REGARDS TO PROPERLY FILING MY DIRECT APPEAL WITH THE SUPREME COURT;

IT IS FURTHER ORDERED THAT EFFECTIVE IMMEDIATELY, AND PENDING THE HEARING AND DETERMINATION OF THIS ORDER TO SHOW CAUSE, DEFENDANT JOHN S. EDINGER JR; SHALL WITHOUT FURTHER DELAY SUBMIT THE ORIGINAL COPY OF THE PLAINTIFF'S CRIMINAL TRIAL TRANSCRIPT DATED ; 10-21-03 ;

IT IS FURTHER ORDERED THAT THIS ORDER TO SHOW CAUSE, AND ALL OTHER PAPERS ATTACHED TO THIS APPLICATION, SHALL BE SERVED ON DEFENDANT JOHN S. — EDINGER JR BY _____, 2005, AND THE UNITED STATES MARSHALS SERVICE IS HEREBY DIRECTED TO EFFECTUATE SUCH SERVICE.

_____
UNITED STATES DISTRICT JUDGE

DATE : _____

E. Lewis, SBI# 506602
CORR. CENTER
PADDOCK RD, S.H.U.#9, D-11-U
SMYRNA, DE 19977

OFFICE OF THE CLERK
U.S. DISTRICT COURT
844 N. KING ST, LOCKBOX 18
WILMINGTON, DELAWARE 1980