EXIBIT A -1



# PUBLIC DEFENDER OF THE STATE OF DELAWARE
### ELBERT N. CARVEL STATE OFFICE BUILDING
### 820 NORTH FRENCH STREET, THIRD FLOOR
### P.O. BOX 8911
### WILMINGTON, DELAWARE 19801

LAWRENCE M. SULLIVAN
PUBLIC DEFENDER

JOHN S. EDINGER
ASSISTANT PUBLIC DEFENDER

ANGELO FALASCA
CHIEF DEPUTY

TELEPHONE
(302) 577-5137

November 10, 2004

The Honorable Peggy L. Ableman
Superior Court of Delaware
New Castle County Courthouse
500 N. King Street
Wilmington, DE 19801

                RE:  State v. Jimmy Lewis
                     ID# 0305016966

Your Honor:

    On July 15, 2004 the State filed notice that it was seeking to
have Jimmy Lewis declared an habitual offender. The State submitted
that Mr. Lewis has previous convictions in Essex County, New Jersey
and Dade County, Florida. Today, Mr. Lewis has told me he wishes
to challenge the State's motion on the grounds that he was not
convicted of the felonies alleged in the State's petition.

                            Respectfully submitted,

                            John S. Edinger, Jr.
                            Assistant Public Defender

JSE:mls

cc:  Brian J. Robertson, DAG
     Jimmy Lewis




*EXHIBIT A - 2*

# PUBLIC DEFENDER OF THE STATE OF DELAWARE
## ELBERT N. CARVEL STATE OFFICE BUILDING
### 820 NORTH FRENCH STREET, THIRD FLOOR
### P.O. BOX 8911
### WILMINGTON, DELAWARE 19801

LAWRENCE M. SULLIVAN
PUBLIC DEFENDER

ANGELO FALASCA
CHIEF DEPUTY

JOHN S. EDINGER
ASSISTANT PUBLIC DEFENDER

TELEPHONE
(302) 577-5137

July 30, 2003

Mr. Jimmy Lewis
SBI# 00506622
M.P.C.J.F.
P. O. Box 9561
Wilmington, DE 19809

> RE: State of Delaware v. Jimmy Lewis
> I.D.# 0305016966

Dear Mr. Lewis:

The plea offer in your case is Theft (F) which if convicted exposes you to 2 years in jail. If you go to trial and are convicted of Carjacking, Theft (F), and Resisting Arrest you face up to 11 years in jail.

Your final case review is August 18, 2003. I'll see you then.

Sincerely,

John S. Edinger, Jr., Esquiure
Assistant Public Defender

JSE:mls

B-1

AUG. 18, 2003

TO: THE HONORABLE JUDGE RICHARD S. GEBELEIN
FROM: MR. JIMMIE LEWIS I.D # 0305016966
        MY COURT APPOINTED COUNSELOR MR. JOHN S. EDINGER ESQ.
HAS SUPPLIED ME WITH THE FOLLOWING DOCUMENTS ENTITLED RULE 16
CASE # 0305016966. THE POLICE CRIME REPORT, THE INDICTMENT,
THE AFFIDAVIT OF PROBABLE CAUSE & RAP SHEET. I AM SUBMITTING
THIS NOTICE, BECAUSE DURING MY FINAL CASE REVIEW AUG 13, 2003
MY COUNSELOR STATED TO THE COURT THAT MY DISCOVERY WAS COMPLETE.
I CONSIDER THIS STATEMENT TO BE IN DIRECT DISREGARD TO MY
REQUEST FOR THE PRELIMINARY & GRAND JURY TRANSCRIPTS,
NEEDED TO FILE A MOTION TO OBTAIN DISCLOSURE OF THE GRAND
JURY PROCEEDURES. I REQUESTED DISCLOSURE BECAUSE THE
EVIDENCE THAT WAS PRESENTED TO THE GRAND JURY, SPECIFICALLY
( THE POLICE CRIME REPORT ) WAS CHRONOLOGICALLY MISINTERPRETED
IN A WAY THAT UNDOUBTEDLY LEAD THE GRAND JURORS TO THINK
I ACTED WITH CRIMINAL INTENT BEFORE ANY ALLEGED VIOLATION
OF STATE STATUE OCCURED. THEREFOR UNFAIRLY SUBJECTING
ME TO INDICTMENT. I HAVE ALSO REQUESTED THE PLAINTIFFS
( MR. PATRICK GEER'S ) CRIMINAL AND PSYCHOLOGICAL HISTORY.
BECAUSE I WOULD LIKE TO PROPERLY PREPARE MY DEFENSE FOR
A TRIAL BY JURY. I WOULD HEREBY LIKE TO RECEIVE ANY
AND ALL EVIDENCE, THAT I HAVE NOT YET OBTAINED, SUCH AS
NAMES OF WITNESSES, STATEMENTS, LAB REPORTS, AUDIO,
VIDEO AND OR PHOTO MATERIAL WITHOUT FURTHER DELAY.
I AM WRITING IN THE INTREST OF JUSTICE, ESTABLISHED
UNDER THE UNITED STATES CONSTITUTIONS 4TH, 5TH, 6TH,
    8TH, & 14TH AMENDMENTS.
        Signed by: Jimmie Lewis
        " Copy sent to Prothonotary "



*EXHIBIT*
*C-1*

# PUBLIC DEFENDER OF THE STATE OF DELAWARE
### ELBERT N. CARVEL STATE OFFICE BUILDING
### 820 NORTH FRENCH STREET, THIRD FLOOR
### P.O. BOX 8911
### WILMINGTON, DELAWARE 19801

**LAWRENCE M. SULLIVAN**
**PUBLIC DEFENDER**

**JOHN S. EDINGER**
**ASSISTANT PUBLIC DEFENDER**

**ANGELO FALASCA**
**CHIEF DEPUTY**

**TELEPHONE**
**(302) 577-5137**

June 25, 2003

Mr. Jimmy Lewis
SBI# 00506622
M.P.C.J.F.
P. O. Box 9561
Wilmington, DE  19809

       RE:  State of Delaware v. Jimmy Lewis
           I.D.# 0305016966

Dear Mr. Lewis:

    Please find enclosed a copy of the Affidavit of Probable Cause in your case.

               Sincerely,

            John S. Edinger, Jr., Esquire
            Assistant Public Defender

JSE:mls

Page: 1    Wilmington PD    C-2    30-03-049370
05/26/2003

| Reported Date and Time | | Occurred |
|---|---|---|
| MON 05/26/2003  0204 | Initial Crime Report | MON  05/26/2003  0155 |

**Location:**
99 E 4th ST    Wilmington, DE 19805
UNIT BLOCK EAST 4TH STREET

**M.O. and Incident Overview:**
On the above date and time suspect entered victim's vehicle and victim fled vehicle and suspect drove away.

| Grid | Sector | County | Domestic Related | 4-F-14 Sent? | Gen Broadcast Sent? | |
|---|---|---|---|---|---|---|
| 222-222 | 18 | New Castle | ☐Yes  ☒No | ☐Yes  ☒No | ☐Yes  ☒No | |

## Victim Information

| Victim Number | Name | | | | | | |
|---|---|---|---|---|---|---|---|
| 001 | GEER, PATRICK | | | | | | |
| Type | | Sex | Race | | Ethnic Origin | Age | D.O.B. |
| Individual | | Male | Black | | Non-Hispanic | | |

| Address | | Home Telephone | Employer/School | Work Telephone |
|---|---|---|---|---|
| | Resident Status | Non Resid | | |

| Reporting Person? | Victim Injured? | Victim Deceased? | Officer Comments |
|---|---|---|---|
| ☐Yes  ☒No | ☐Yes  ☒No | ☐Yes  ☒No | |

| Injuries | Description of Injuries |
|---|---|
| | |

## Suspect/Defendant Information

| Sequence | Type | SBI Number | Name | | | Nick Name | |
|---|---|---|---|---|---|---|---|
| 001 | Unknown | | | | | | |
| Sex | Race | Ethnic Origin | Age | D.O.B. | Height | Weight | Skin Tone | Eye Color |
| Male | Black | Non-Hispanic | | | | | | |

| Hair Color | Hair Length | Hair Style | Facial Hair | Voice Speech | Teeth | Build | Glasses |
|---|---|---|---|---|---|---|---|
| | | | | | | Average | |

| Disguise | Disguise Color(s) | Resident Status | Unusual Characteristics | Armed With | |
|---|---|---|---|---|---|
| | | Unknown | | Unarmed | |

| Address | Home Telephone | Employer/School | Work Telephone |
|---|---|---|---|
| | | | |

| Arrest Number | Suspect's Clothing Description |
|---|---|
| | |

## Crimes and Associated Information

| Victim Number | Crime Seq | Statute | Crime Description |
|---|---|---|---|
| 001 | 001 | DE:11:0835:000a:F:E | Carjacking Second Degree Take Possession of Vehicle from Another Immediate Presence |

| Location Type | Status | Involvement | General Offense |
|---|---|---|---|
| Highway/Roadway/Alley | Pending-Active | ☐Alcohol ☐Drugs ☐Computer | |

| Suspected Hate/Bias | Crime Code |
|---|---|
| ☐Yes  ☒No - N/A | 12243A – Robbery/Strong-Arm Street/Alley/Highway |

| Burglary Force Involved | Weapon/Force Used |
|---|---|
| ☐Yes  ☐No | None |

| Stolen Property | Property Category | Quantity | Unit Price | Stolen Value | Recovered Value | Recovery Date |
|---|---|---|---|---|---|---|
| | Vehicle Parts/Accessories | 1 | 7000.00 | 7000.00 | .00 | |

| Extended Description |
|---|
| 1997 FORD ESCORT BEARING DELAWARE DELAWARE TAG 972417 |

| Victim Number | Crime Seq | Statute | Crime Description |
|---|---|---|---|
| 001 | 002 | DE:11:0841:000A:F:G | Theft $1000 or Greater (Deprive Person) |

| Location Type | Status | Involvement | General Offense |
|---|---|---|---|
| Highway/Roadway/Alley | Pending-Active | ☐Alcohol ☐Drugs ☐Computer | |

| Suspected Hate/Bias | Crime Code |
|---|---|
| ☐Yes  ☒No - N/A | 2404 – Vehicle Theft |

| Burglary Force Involved |
|---|
| ☐Yes  ☐No |

| Vehicle Information | Vehicle Type | Year | Make and Model or Brand |
|---|---|---|---|
| | Passenger Car | 1997 | FORD  Escort |

| State | License | Exp. Year | Body Style | Color(s) |
|---|---|---|---|---|
| DE | 972417 | 2003 | | Green |

| Engine Type | Displacement | Transmission Type | Vin Hull Id |
|---|---|---|---|
| | | Automatic Transmissi | 1FALP13P3VW211534 |

| Interior Style | Interior Color |
|---|---|
| | |

| Identifying Characteristics of Vehicle |
|---|
| |

| Special Equipment (Accessories) |
|---|
| |

| Other Description |
|---|
| |

Stolen Vehicle

| Reporting Officer | Pending Supervisory Review: |
|---|---|
| PATROL SANTANA  - 7309 2 | |

| Page: I | Report Date 05/26/2003 | Agency Wilmington PD | C-3 | Complaint 30-03-049370 |
|---|---|---|---|---|

## Supplemental Report - #1

| Original Occurrence Dates and Times: MON  05/26/2003  0155 | | Grid 222-222 | Sector 18 |
|---|---|---|---|

Original Location:
99  E E 4th ST    Wilmington, DE 19805
UNIT BLOCK EAST 4TH STREET

## Victim Information

| Victim Number 002 | Name GEER, PATRICK | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Type Individual | | Sex Male | Race Black | | | Ethnic Origin Non-Hispanic | Age | D.O.B. |
| Address | | | | Resident Status Non Resid | Home Telephone | Employer/School | | Work Telephone |

| Reporting Person? ☒Yes ☐No | Victim Injured? ☐Yes ☒No | Victim Deceased? ☐Yes ☒No | Officer Comments |
|---|---|---|---|
| Injuries | | Description of Injuries | |

| Victim Number 003 | Name | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Type Society/Public | | Sex | Race | | | Ethnic Origin | Age | D.O.B. |
| Address | | | | Resident Status | Home Telephone | Employer/School | | Work Telephone |

| Reporting Person? ☐Yes ☒No | Victim Injured? ☐Yes ☒No | Victim Deceased? ☐Yes ☒No | Officer Comments |
|---|---|---|---|
| Injuries | | Description of Injuries | |

## Original Suspect/Defendant Information

| Sequence 001 | Type Unknown | | SBI Number | Name | | | Nick Name | |
|---|---|---|---|---|---|---|---|---|
| Sex Male | Race Black | | Ethnic Origin Non-Hispanic | Age | D.O.B. | Height | Weight | Skin Tone | Eye Color |
| Hair Color | Hair Length | Hair Style | | Facial Hair | Voice Speech | Teeth | Build Average | Glasses |
| Address | | | Home Telephone | | Employer/School | | | Work Telephone |
| Arrest Number | Suspect's Clothing Description | | | | | | | |

## Modified Suspect/Defendant Information

| Sequence 002 | Type Defendant | | SBI Number T1765568 | Name LEWIS, JIMMY | | | Nick Name | |
|---|---|---|---|---|---|---|---|---|
| Sex Male | Race Black | | Ethnic Origin Non-Hispanic | Age | D.O.B. 12/25/1966 | Height 6' 03" | Weight 235 | Skin Tone Dark | Eye Color Brown |
| Hair Color Black | Hair Length | Hair Style | | Facial Hair | Voice Speech | Teeth | Build | Glasses |
| Disguise | | Disguise Color(s) | | Resident Status Full Time | Unusual Characteristics | Armed With Unarmed | | |
| Address | | | Home Telephone | | Employer/School | | | Work Telephone |
| Arrest Number 03001753 | Arrest Type Warrant | | Suspect's Clothing Description | | | | | |

## Original Crime and Associated Information

| Victim Number 001 | Crime Seq 001 | Statute DE:11:0835:000a:F:E | Crime Description Carjacking Second Degree Take Possession of Vehicle from Another Immediate Presence |
|---|---|---|---|

| Location Type Highway/Roadway/Alley | | Status Pending-Active | Involvement ☐Alcohol ☐Drugs ☐Computer | General Offense |
|---|---|---|---|---|
| Suspected Hate/Bias ☐Yes ☒No - N/A | Crime Code 12243A - Robbery/Strong-Arm Street/Alley/Highway | | | |
| Burglary Force Involved ☐Yes ☐No | Weapon/Force Used None | | | |

| Reporting Officer PATROL SANTANA  - 7309 | Pending Supervisory Review |
|---|---|

| Page. 2 | Report Date 05/26/2003 | Agency Wilmington PD | ~~~~~ C - 4 | Complaint 30-03-049370 |

## Crimes and Associated Information

| Mileage When Stolen | Value Stolen 7000 | NCIC Entry Date | NCIC Entry Number |

**Theft Factors**

| ☒Keys in Ignition? | ☐ Windows Closed? | ☐ Spare Tire in Car? | ☐ Trunk Locked? | ☐ Ignition Locked? | ☐ Doors Locked? | ☐ Battery in Car? | ☐ Alarm On? |

| Insurance Company | | | Insurance Agent | | | Policy Number | |

| M. O. Information | MO Class Property Taken | MO Description Any Vehicle |

## Victim - Suspect/Defendant Relationships

| Victim - 001 GEER, PATRICK | Suspect/Defendant - 001 Unknown | Victim Offender Relationship Stranger |

## Investigative Narrative

On 26 May 2003, at approximately 0204 hours, unit 18E(Godwin and Santana) was dispatched to 4th and Jackson Streets, Wilmington, Delaware in response to a carjacking. Upon arrival these officers located the victim(Geer, Patrick DOB 09-02-1961) at an AMOCO 1001 W. 4th Street, Wilmington, Delaware. Geer stated that he was driving in the area of Butch's(unit block E. 4th Street) in an attempt to pick up a male companion for the evening. At this time the suspect flagged Geer down and Geer pulled to his location. The suspect entered the vehicle(1997 green Ford Escort bearing Delaware registration number 972417) and asked to be taken "up the hill". Geer agreed to take the suspect to this location, however Geer stated that he only wanted to get the suspect out of the vehicle as soon as possible. In the area of the 800 block of 4th Street the suspect asked Geer for money and Geer gave him the change in his ash tray. The suspect next allegedly grabbed at the pockets of Geer's coat causing Geer to become afraid. Geer states that he exited his vehicle and ran to the AMOCO station at 4th and Jackson to call for help. At this time the suspect drove Geer's vehicle to an unknown location and returned to the gas station several minutes later. The suspect stated to Geer that he could have his vehicle back, however, when Geer attempted to take the keys from the ignition the suspect held them in the ignition not allowing Geer to remove same. The suspect told Geer to get in the car, however, Geer was afraid to do so. The suspect next drove away from the gas station in Geer's vehicle west on 4th Street out of sight. Officer Godwin responded into the gas station to check the surveilance video, however, the incident occurred outside the camara's range. Officer Godwin put Geer's vehicle description over the air for units to attempt to locate same. Geer was given the case number for his reference and was transported to central to call for a ride. It should be noted that Geer stated that he could identify the suspect if seen again. Geer was not injured in this incident. The vehicle was entered into DELJIS and NCIC by Data clerk Henderson.

| Reporting Officer PATROL SANTANA  - 7309 2 | Pending Supervisory Review: | |
| Detective Notified | Referred To | |
| Solvability Factors | ☐Witness    ☐Suspect Located | ☐M. O.    ☐Suspect Described | ☐Trace Stolen Property    ☐Suspect Identified | ☐Suspect Named    ☐Suspect Vehicle Identified | Status Has Follow Up |

| Page: 2 | Report Date 05/26/2003 | Agency Wilmington PD | [illegible] BLAZ[illegible] | Complaint: 30-03-049370 | C-5 |

## Original Crime and Associated Information

| Victim Number 001 | Crime Seq 002 | Statute DE:11:0841:000A:F:G | Crime Description Theft $1000 or Greater (Deprive Person) | |
|---|---|---|---|---|

| Location Type Highway/Roadway/Alley | Status Pending-Active | Involvement ☐Alcohol ☐Drugs ☐Computer | General Offense |

| Suspected Hate/Bias ☐Yes ☒No - N/A | Crime Code 2404 - Vehicle Theft |

| Burglary Force Involved ☐Yes ☐No |

## Modified Crime and Associated Information

| Victim Number 001 | Crime Seq 002 | Statute DE:11:0841:000A:F:G | Crime Description Theft $1000 or Greater (Deprive Person) | |
|---|---|---|---|---|

| Location Type Highway/Roadway/Alley | Status Pending-Active | Involvement ☐Alcohol ☐Drugs ☐Computer | General Offense |

| Suspected Hate/Bias ☐Yes ☒No - N/A | Crime Code 24047A - Vehicle Theft Locally Stolen/Locally Recovered |

| Burglary Force Involved ☐Yes ☐No |

| M.O. Information | MO Class Property Taken | MO Description Any Vehicle |

## Modified Crime and Associated Information

| Victim Number 003 | Crime Seq 004 | Statute DE:11:1257:0000:M:A | Crime Description Resisting Arrest | |
|---|---|---|---|---|

| Location Type Highway/Roadway/Alley | Status Adult Arrest 05/26/2003 | Involvement ☐Alcohol ☐Drugs ☐Computer | General Offense |

| Suspected Hate/Bias ☐Yes ☒No - N/A | Crime Code 4801 - Resisting Arrest |

| Burglary Force Involved ☐Yes ☐No |

## Victim - Suspect/Defendant Relationships

| Victim - 002 GEER, PATRICK | Suspect/Defendant - 002 LEWIS, JIMMY | Victim Offender Relationship Stranger |
|---|---|---|
| Victim - 003 Society/Public | Suspect/Defendant - 002 LEWIS, JIMMY | Victim Offender Relationship Victimless Crime |

## Investigative Narrative

On the 26 May 2003, at approximately 0620, unit 18E(Godwin and Santana) while enroute to an alarm observed the defendant(Lewis, Jimmy DOB 12-25-1966) to be exiting a 1997 green Ford Escort Delaware registration 972417 at S. Harrison and Reed Street, Wilmington, Delaware. It should be noted that this vehicle is wanted by these officers in reference to a carjacking which occurred on this date at 0009 hours. Officers responded around the block and back to this location to find Lewis seated in the drivers seat with the keys in the ignition. At this time officers approached Lewis in the vehicle while displaying departmental issue .40 caliber hand guns(Sgt. Lemon was notified of this incident). Upon observing police Lewis was observed removing the keys from the ignition and to place them into his right coat pocket. Officer Godwin ordered Lewis out of the vehicle to which Lewis locked the driver side front door and then attempted to lock the passenger front door. Officers radioed for assistance and maintained Lewis at gun point until back up arrived. at this time Officer Godwin was able to enter the vehicle via a rear unlocked driver side door. Lewis was removed from the vehicle and placed under arrest with out incident. At this time the victim's(Geer, Patrick) vehicle as well as Lewis were transported to Central. Officer Godwin attempted to contact Geer and advise him his vehicle had been recovered, however, only a family member could be contacted. Data clerk Henderson removed the vehicle from DELJIS and NCIC. It should be noted that Officer Godwin read Lewis his Miranda warning at which time he invoked his right to an attorney. Lewis was not interviewed further at this time. At approximately 0900 hours, Geer responded to central and took custody of his vehicle. Officers constructed a photo line up of six polaroid photographs, the third being Lewis and showed same to Geer. At this time, Geer immediately pointed to Lewis and identified him as the person who took the vehicle from his possession. Lewis was booked on the listed charges. A copy of this report will be forwarded to detectives

| Reporting Officer PATROL SANTANA - 7309 | Pending Supervisory Review | | | |
|---|---|---|---|---|
| Solvability Factors | ☐Witness ☐Suspect Located | ☐M. O. ☐Suspect Described | ☐Trace Stolen Property ☐Suspect Identified | ☐Suspect Named ☐Suspect Vehicle Described | Status Has Follow Up |



*EXHIBIT D-1*

## PUBLIC DEFENDER OF THE STATE OF DELAWARE
ELBERT N. CARVEL STATE OFFICE BUILDING
820 NORTH FRENCH STREET, THIRD FLOOR
P.O. BOX 8911
WILMINGTON, DELAWARE 19801

LAWRENCE M. SULLIVAN
PUBLIC DEFENDER

ANGELO FALASCA
CHIEF DEPUTY

JOHN S. EDINGER
ASSISTANT PUBLIC DEFENDER

TELEPHONE
(302) 577-5137

September 9, 2004

Mr. Jimmy Lewis
SBI# 506622
HRYCF
P.O. Box 9561
Wilmington, DE 19809

RE:  State v. Jimmy Lewis
     ID# 0305016966

Dear Mr. Lewis:

The Court has forwarded to me your motion for a new trial. I have reviewed the motion and attached materials. As you know, we have discussed many times the factual issues which you cite as grounds for a new trial. Unfortunately, they do not constitute a basis for me to file a motion for a new trial.

The psychological issues you raised in the motion do not constitute a basis for a new trial because as we discussed before we are not raising an insanity defense. The psychological issues are certainly relevant for sentencing purposes however. Therefore, I will not be filing a motion for a new trial.

Feel free to contact me if you have further question.

Sincerely,

John S. Edinger, Jr., Esquire
Assistant Public Defender

JSE:mls

# WILMINGTON DEPARTMENT OF POLICE
## Detainee Assessment / Property Receipt

EXIBIT D-2

Detainee's Name: _Lewis, Jimmie_    Case #: _30-03-_
Last, First Middle

Charges: _Carjacking, Theft_    Arresting Officer: _E. Godwin_

_____    Additional Officer: _J. Santana_

Detainee's Physical Condition:    OK ☑    Other ☐

Explain:    (Body deformities/Bruises/Sutures) : _____

_____

_____

Medication:  Yes ☑    No ☐    Type: _PSCHOTTOPIC_
_THorazine , Depakote , Vistaril , risperdal_

Unusual Behavior:

Explain:    _Detainee stated Tlouglts of suicide,_
_TransFeied to m.P.C.J.F. infirmary_

_____

## Detainee's Property                          Seized as Evidence

Currency/Coin  U.S. Currency: _7.00_        U.S. Currency: _____
         U.S. Coin: _2.26_            U.S. Coin: _____
         Total: _9.26_                Total: _____
         (Have detainee initial next to totals)

Clothing: _Belt , wallet with ss. card , licences (NJ)._

_____

Jewelry: _Neckless with egyption cross , Devil Hoens and_
_cai eye contact lenses_

Miscellaneous: _3 sets of keys (one set victims) ,_
_PSYCH TreaTmenT Plan_

_Josh M. Hampton_        _06/26/03_        _06 21_ hours
Officer Receiving Property        Date            Time

_____                        _____ hours
Transporting Officer _____ Date                Time

I, _____ , have received the above property from the Wilmington Department of Police, which
was taken from me on the above date. _____    _____ hours.
                    Date            Time

Form To Be Completed in Duplicate

SATURDAY, JULY 5, 2003

*EXHIBIT D-3*



AKIRA ONO/ASSOCIATED PRESS

145-pound Takeru Kobayashi of Japan, right,
g eating contest at Coney Island yesterday.
aced third, and Charles Hardy of Brooklyn.

Booker, a        Celebrity contestant William
no sucked    "The Refrigerator" Perry was out-
buns.        classed by the assembled chow-
Alexandria,   hounds. The 410-pound former
t by down-    NFL star dropped out of the com-
finishing    petition after just five minutes,
             with only four hot dogs finished.

## NEWS BRIEFS

### Three injured in jump from burning boat

**BRICK:** Three people suffered minor burns and two others escaped injury when all five jumped from a boat that caught fire in the Barnegat Bay near the Metedeconk River yesterday, Brick Township police said.

The boat was about 30 yards out from an Ocean County marina about 4:30 p.m. when flames engulfed the craft, possibly the result of an explosion, said Sgt. Craig Lash.

All five boaters were rescued, the sergeant said. The boat, which was gutted, drifted to shore and beached itself.

### Public is asked to help find missing Newark man

**NEWARK:** Police are seeking the public's assistance in finding a city resident who suffers from schizophrenia and a bipolar disorder.

Jimmie Lewis Jr., 36, talked last with his mother by telephone on May 19, but wasn't reported missing until June 25, said Lt. Derek Glenn, a city police spokesman.



LEWIS

He said Lewis, described as manic depressive, is 6 feet 2 inches, weighs 230 pounds, has brown eyes, black hair and a dark skin.

Glenn said anyone with information should contact police at (973) 733-5172.

**ER**

dy 68
unny 90

## NATION

| | TODAY | | | TOMORROW | | |
|---|---|---|---|---|---|---|
| | HI | LO | W | HI | LO | W |
| Albuquerque | 95 | 66 | pc | 94 | 66 | pc |
| Atlanta | 82 | 69 | pc | 82 | 70 | t |
| Baltimore | 96 | 72 | pc | 92 | 70 | pc |
| Biloxi, MS | 88 | 77 | t | 90 | 79 | pc |
| Boise | 90 | 56 | s | 88 | 56 | s |
| Boston | 90 | 68 | pc | 88 | 66 | s |
| Branson, MO | 94 | 70 | s | 90 | 72 | pc |
| Buffalo | 82 | 62 | pc | 80 | 60 | pc |
| Charleston, SC | 90 | 74 | pc | 90 | 74 | pc |

Northern State Prison-Main $EXIBIT. \# D-4$
PO Box 2300   Newark, NJ

**JIMMY LEWIS        Inmate Housing Location: Northern State Prison-Main**
Male  DOB: 12/25/1966        SBI #: 000333795B    Booking #: 285933

**12/20/2001 - Internal Other: MH Treatment Plan: Update**
**Provider: Bernice M. Frinch, LCSW**
**Location of Care: Northern State Prison-Stabilization Unit**
**This document contains confidential information**

**Current Problems:**
HYPERTENSION, UNSPECIFIED (ICD-401.9)
ANTISOCIAL PERSONALITY DISORDER (A2) (DS4-301.7)
R/O SCHIZOAFFECTIVE DISORDER (A1) (DS4-295.70)
R/O BIPOLAR DISORDER NOS (A1) (DS4-296.80)

**Current Medications:**
VISTARIL CAPS 100 MG (HYDROXYZINE PAMOATE) Take 1 cap po HS prn Start 11/30/01 End 12/30/01
DEPAKOTE 500 MG 1 tab in am & 2 tabs @ hs x 15 days
RISPERDAL 1 MG 1 tab bid x 15 days
THORAZINE TABS 100 MG (CHLORPROMAZINE HCL) Take 1 tab po Q6h prn agitation

Housing: SU

## Strengths and Limitations
**Communication** good
**Medication Compliance** good
**Supportive Relationship** fair
**Physical Health** fair
**Social Skills** poor
**Estimated Literacy level** fair
**Insight** fair
**Motivation for treatment** fair
**ADL compentencies** good
**Substance Abuse History**Hx of drug abuse
**Suicide History**Hx suicide attempts and ideation

## New Problems
Axis IV
Patient has a problem with social environment, criminal and legal system.

## Treatment Goals and Modalities

**Thought to injure oneself**
**Problem Definition:**
Reoccurance thought to hurt self evidenced by verbal threat.
**Treatment Goals:**
Inmate will not hurt other
Inmate will learned new techniques to deal with his upset.
Inmate will eliminate acting out behaviors such as self- harm suicidal threats.
**Treatment Modalities:**
Psychiatrist will provide daily counseling and medication assessment.
Social worker will provide daily conseling and group session

**Northern State Prison-Main**
PO Box 2300   Newark, NJ

Page 2
Chart Document
December 21, 2001

**JIMMY LEWIS**    Inmate Housing Location: Northern State Prison-Main
Male  DOB: 12/25/1966    SBI #: 000333795B   Booking #: 285933

Daily individual counseling by psychologist.

**Thought to injure others**
**Problem Definition:**
Reoccurance thought to hurt other evidenced by verbal threats and and argumentative behavior.
**Treatment Goals:**
Inmate will not hurt other.
Inmate will attend anger management session.
Inmate will demonstrate effective communication skills without threat to hurt other.
**Treatment Modalities:**
Daily contacts with psychiatrist for medication assessment.and prescription.
Daily group session with social worker  and focus on angermanent.
Daily individual counseling session with psychologist
**Additional Notes:** Inmate states that he want individual therapy to deal with his attitude because it has become an issues which has prevented him from making choices. He states he is beginning to make threats to solve problem,.

**Outpatient treatment plans must have social worker, psychiatrist, psychologist, and imate signatures.**

| | | | |
|---|---|---|---|
| OT | Date | SW | Date |

| | | | |
|---|---|---|---|
| Psychologist | Date | Psychiatrist | Date |

| | | | |
|---|---|---|---|
| RN | Date | Officer | Date |

Jimmie Lewis 12/21/01
Inmate                Date

**Signed by Bernice M. Frinch, LCSW on 12/20/2001 at 10:32 PM**

 $EXHIBITS$ $E - 1$

# REQUIREMENTS FOR TRANSCRIPT REQUEST

**DATE:**   November 19, 2003

**TO:**   Jimmie Lewis, SBI#00506622

**FROM:**   Kathleen D. Feldman, Chief Court Reporter

**Official Court Reporter**
**New Castle County Courthouse**
**500 King Street-Suite 2609**
**Wilmington, DE 19801-3725**

**RE:**   **TRANSCRIPT of: Hearing held on July 28, 2003, August 18, 2003 & Trial of 10/21/03**

<u>ESTIMATE</u> OF TOTAL COSTS:

**\* (This is an estimate only. You may owe a balance or you may receive a refund upon completion of transcript.)**

**REQUIREMENT:**

1. **SIGNED ORDER** by a **SUPERIOR COURT JUDGE** authorizing payment

2. **MONEY ORDER** made payable to the Reporter(s) listed below; **OR**

3. **CASH** in the amount(s) listed below:

**COURT REPORTER(S)**

| John Donnelly | $212.00 | Domenic Verechia | $12.00 |
|---|---|---|---|
| Kathy Feldman | $600.00 | | |

If you intend to request the transcript at State's expense, you must file a Motion to Proceed Informa Pauperis with the Prothonotary's Office.

*EXHIBIT E-2*

Cheryl J. Simmons
Chief Court Reporter
Court of Common Pleas
NCCCH
500 N. King Street
Suite 2659
Wilmington, DE 19801

October 9, 2003

Mr. Jimmie Lewis
#506622
M.P.C.J.F.
P.O. Box 9561
Wilmington, DE 19809

Re: Case No. 0305016966

Dear Mr. Lewis,

On June 2, 2003 you had a preliminary hearing in the above-mentioned case. Commissioner Coppadge presided over the hearing. At that time, you were represented by Michael Hochman, Esq., who is an attorney with the Public Defender's Office. If you contact the Public Defender's Office, and they order the transcript, it will be of no cost to you.

Should you decide not to contact the Public Defender's Office for their assistance, the estimate for the transcript of your hearing is $165.00. I require cash in advance before I will begin the preparation of the transcript. You may send a money order to the above address made payable to Cheryl J. Simmons, or you can have someone bring $165.00 in cash or a money order to my office. I do not accept personal checks. The $165.00 is only an estimate. If my estimate is too high, I will refund the balance upon completion. If my estimate is too low, the balance is due C.O.D.

If you decide to pay for the transcript yourself, please include with payment who I should contact when the transcript has been completed in order to have it picked up. If you are still incarcerated, I can mail the transcript to you.

Sincerely,

Cheryl J. Simmons



*EXHIBIT E-3*

# PUBLIC DEFENDER OF THE STATE OF DELAWARE
## 900 N. KING STREET, SECOND FLOOR
### P.O. BOX 8911
### WILMINGTON, DELAWARE 19801

LAWRENCE M. SULLIVAN
PUBLIC DEFENDER

MICHAEL C. HOCHMAN
ASSISTANT PUBLIC DEFENDER

ANGELO FALASCA
CHIEF DEPUTY

TELEPHONE
(302) 577-6025

October 22, 2003

Jimmie Lewis, #506622
M.P.C.J.F.
1301 E. 12th Street
Wilmington, DE  19809

> RE:   State of Delaware v. Jimmie Lewis
>        I.D.#0305016966

Dear. Mr. Lewis

I received your October 14, 2003 letter today - October 22, 2003.  In your letter, you advised that your trial for Case Number 0305016966 began yesterday.   You also requested from me a copy of the transcript from your June 2, 2003 preliminary hearing.

John Edinger is the Assistant Public Defender who represents you in this matter before the Superior Court.  You should contact Mr. Edinger directly with your request and any other questions about your case.

Very truly yours,

Michael C. Hochman
Assistant Public Defender

MCH/dd

CC:  John S. Edinger, Jr.

*EXHIBIT F-2*

# Delaware Psychiatric Center
## Forensic Unit
### (Jane E. Mitchell Building)

### Forensic Psychiatric Evaluation

**Examinee:**          **Jimmy Lewis**          **ID #: 0305016966**

Date of Birth:              25 December 1966 (Current Age: 38)
Examiner:                   Sylvia Foster, M.D.
Period of Evaluation:       21 May 2004 - present
Date of Report:             10 June 2004

### REASON FOR EVALUATION:

Mr. Lewis was referred to The Delaware Psychiatric Center (DPC) for forensic psychiatric evaluation by *Motion and Order* of the Honorable Charles H. Toliver, In the Superior Court of the State of Delaware, In and For New Castle County, on 1 December 2003, to determine his competency to stand trial and to obtain treatment for his own well-being.

### NOTIFICATION:

Upon admission to the Forensic Unit, Mr. Lewis was informed that he was being evaluated by Court Order, and that the results of all evaluations performed during this admission would not remain confidential, but would be disseminated to the Court, the prosecution, and his attorney.

### EXAMINER:

Medical Doctor specializing in Psychiatry with Board Certification, sub-specializing in Forensic Psychiatry

### LIST OF CHARGES:

Carjacking 2nd Degree
Theft $1000 or greater
Resisting Arrest

### SOURCES OF INFORMATION:

Face-to-face interview with Mr. Lewis on 21 May 2004 and various times thereafter
        on the Forensic Unit at DPC
Superior Court Criminal Docket



*EXHIBIT G-1*

## PUBLIC DEFENDER OF THE STATE OF DELAWARE
### ELBERT N. CARVEL STATE OFFICE BUILDING
820 NORTH FRENCH STREET, THIRD FLOOR
P.O. BOX 8911
WILMINGTON, DELAWARE 19801

LAWRENCE M. SULLIVAN
PUBLIC DEFENDER

ANGELO FALASCA
CHIEF DEPUTY

J. DALLAS WINSLOW, JR.
CHIEF OF LEGAL SERVICES

TELEPHONE
(302) 577-5131

January 12, 2004

Mr. Jimmy Lewis
SBI# 00506622
M.P.C.J.F.
P.O. Box 9561
Wilmington, DE 19809

      Re:    State of Delaware v. Jimmy Lewis
           ID# 0305016966

Dear Mr. Lewis:

      Thank you very much for your letter regarding your desire to dismiss Mr. Edinger. Your request is denied. We don't change lawyers once assigned.

      I will share your letter with Mr. Edinger and ask that he address the issues you've raised. Best wishes.

                    Very truly yours

                    J. Dallas Winslow, Jr.
                    Chief of Legal Services

JDW,JR:tez

cc: John S. Edinger, Assistant Public Defender

*EXHIBIT 62*

SUPERIOR COURT
OF THE
STATE OF DELAWARE

PEGGY L. ABLEMAN
*JUDGE*

NEW CASTLE COUNTY COURTHOUSE
500 NORTH KING STREET, SUITE 10400
WILMINGTON, DELAWARE 19801-3733
TELEPHONE (302) 255-0660

August 20, 2004

Mr. Jimmie Lewis
SBI# 506622
H.R.Y.C.I.
P.O. Box 9561
Wilmington, DE 19809

RE:   State v. Lewis
I.D. No. 0305016966

Dear Mr. Lewis:

I have your Motion for Appointment of New Counsel. The motion is denied. I have referred your Motion for Competency Hearing to Mr. Edinger as Superior Court Criminal Rule 47 does not permit you to file *pro se* applications when you are represented by counsel.

Yours very truly,

Peggy L. Ableman

Peggy L. Ableman

PLA:jmd
cc:   John S. Edinger, Esquire, APD
       Prothonotary



*EXHIBIT H-1*

# PUBLIC DEFENDER OF THE STATE OF DELAWARE
## ELBERT N. CARVEL STATE OFFICE BUILDING
### 820 NORTH FRENCH STREET, THIRD FLOOR
### P.O. BOX 8911
### WILMINGTON, DELAWARE 19801

LAWRENCE M. SULLIVAN
PUBLIC DEFENDER

JOHN S. EDINGER
ASSISTANT PUBLIC DEFENDER

ANGELO FALASCA
CHIEF DEPUTY

TELEPHONE
(302) 577-5137

February 17, 2004

Mr. Jimmy Lewis
SBI #00506622
M.P.C.J.F.
P. O. Box 9561
Wilmington, DE  19809

          RE:   State v. Jimmy Lewis
                ID# 0305016966

Dear Mr. Lewis:

      While your case is pending sentencing in the Superior Court
you are not to address letters or motions directly to the Supreme
Court.

                              Sincerely,

                              John S. Edinger Jr., Esquire
                              Assistant Public Defender

JSE:mls

· IN THE SUPREME COURT OF THE STATE OF DELAWARE

JIMMIE LEWIS                    EXHIBIT H-2

DEFENDANT BELOW,

APPELLANT,

V.                              NO _____ , __

STATE OF DELAWARE

PLAINTIFF BELOW,

APPELLEE,

NOTICE OF APPEAL FROM INTERLOCUTORY ORDER

TO: BRIAN J ROBERTSON
    DEPUTY ATTORNEY GENERAL
    DEPARTMENT OF JUSTICE
    820 N. FRENCH ST 7TH FL
    WILMINGTON, DE 19801

PLEASE TAKE NOTICE THAT JIMMIE LEWIS HEREBY
PETITIONS THIS COURT TO ACCEPT AN APPEAL FROM
INTERLOCUTORY ORDER OF THE SUPERIOR COURT
AND REPRESENTS AS FOLLOWS:

1.) AN INTERLOCUTORY ORDER WAS ENTERED ON
     10/21/03 DENYING DUE PROCESS OF DEFENDANTS
   COMPETENCE TO STAND TRIAL;

2.) AN INTERLOCUTORY ORDER WAS AGAIN ENTERED
    ON 10/21/03 DENYING DUE PROCESS OF DEFENDANT
   COMPETENCE TO STAND TRIAL;

3.) AN INTERLOCUTORY ORDER WAS ENTERED ON
    8/20/04 WHICH DENIED THE DEFENDANT
    HIS CONSTITUTIONAL RIGHT TO COMPETENT COUNSEL;

4.) ON 10/22/03 TRIAL COURT FAILED TO ORDER
   DEFENDANTS WRITTEN STATE AS INADMISSIBLE
   EVIDENCE, SAID FAILURE VIOLATED THE DEFENDANTS
   RIGHT AGAINST SELF INCRIMINATION;

5.) ON 10/21/03 THE TRIAL COURT ENTERED
    AN ORDER DENYING THE DEFENDANTS COUNSELORS
   MOTION FOR JUDGEMENT OF ACQUITTAL, SAID ORDER
   DENIED THE DEFENDANT HIS RIGHT TO A FULL
   AND FAIR TRIAL DUE TO THE STATES FAILURE
   TO MEET THE CRITERIA OF PREMIA FACIE;

6.) ON 10/21/03 THE TRIAL COURT ENTERED AN ORDER
   DENYING THE DEFENDANTS MOTION FOR SUPPRESION, SAID ORDER
   DENIED THE DEFENDANT A FULL AND FAIR TRIAL, DUE TO
   IT SPECIFICALLY PRESENTING CLEAR EVIDENTIARY ERRORS,
   DENYING PROCEDURAL AND SUBSTANTIVE DUE PROCESS RIGHTS

· 7.) ON 3/ /04 THE TRIAL COURT ENTERED AN
ORDER DENYING THE DEFENDANTS MOTION FOR
JUDGEMENT OF ACQUITTAL, SAID ORDER DENIED
THE DEFENDANT HIS RIGHT TO A FULL AND FAIR
TRIAL, SPECIFICALLY DUE TO IT PRESENTING
VIOLATIONS OF PROCEDURAL AND SUBSTANTIVE RIGHTS;

APPLICATION FOR CERTIFICATION WAS FILED IN THE
TRIAL COURT ON _____;

RESPONSE BY APPELLEE WAS FILED IN ITHE
TRIAL COURT ON _____;

THE ACTION OF THE TRIAL COURT WITH RESPECT
TO SUCH APPLICATION WAS AS FOLLOWS:

THE NAME AND ADDRESS OF ATTORNEY FOR APPELLEE
IS AS FOLLOWS: BRIAN J. ROBERTSON
DEP ATT GEN STATE OF DE, 820 N FRENCH ST 7TH FL, WILM, DE 19801

THE PARTIES) AGAINST WHOM THE APPEAL IS TAKEN IS (ARE)
SUPERIOR COURT TRIAL JUDGE PEGGY L. ABLEMAN

DATE: 

Jimmie Lewis
SBI# 506622, P.O BOX 9561
WILM, DE 19809
DEFENDANT BELOW APPELLANT

IN THE SUPREME COURT OF THE STATE OF DELAWARE

531 , 2004          *EXHIBIT H-3*

PRO SE                              JIMMIE.LEWIS,
(HRYCI-#00506622)                    Defendant Below,
                                     Appellant,
                                   v.

L. C. MEYERS                        STATE OF DELAWARE,
                                    . Plaintiff Below,
                                     Appellee

 DF $ 00.00

 2004

1   Dec   06      Notice of Appeal from the interlocutory order dated
                  10/21/03, in the Superior Court, in and for New Castle
                  County, by Judge Ableman, in Cr.ID No. 0305016966.
                  (no service shown-copy sent) (eas)

2   Dec   06      Document entitled "Application for Certification to the
                  Supreme Court of Delaware" captioned in the Superior
                  Court. (no service shown-copy sent) (eas)

3   Dec   07      Notice to show cause issued to appellant. (eas)

*EXHIBIT H-4*

#3

## IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| JIMMIE LEWIS, | § | No. 531, 2004 |
| | § | |
| Defendant Below, | § | |
| Appellant, | § | |
| | § | |
| v. | § | |
| | § | |
| STATE OF DELAWARE, | § | |
| | § | |
| Plaintiff Below, | § | |
| Appellee. | § | NOTICE TO SHOW CAUSE |

To:   Mr. Jimmie Lewis
      SBI #00506622
      H.R.Y.C.I.
      P.O. Box 9561
      Wilmington, DE  19809

You are directed to show cause why this appeal should not be dismissed pursuant to Supreme Court Rule 29(b) for your failure to file your notice of appeal within 30 days after entry upon the docket of the order of October 21, 2003 from which the appeal is taken as required by Supreme Court Rule 6 and 42.

Please respond in writing to this notice to show cause within 10 days after you receive it. If you do not respond, the dismissal shall be deemed to be unopposed.

Date: December 7, 2004

Cathy L. Howard
Clerk of the Supreme Court

cc:   Loren C. Meyers, Esquire

EXHIBIT H-5

#7

SUPREME COURT OF DELAWARE

CATHY L. HOWARD
*Clerk*

AUDREY F. BACINO
*Assistant Clerk*

DEBORAH L. WEBB
*Chief Deputy Clerk*

LISA A. SEMANS
*Senior Court Clerk*

SUPREME COURT BUILDING
55 THE GREEN
P.O. BOX 476
DOVER, DE 19903

(302) 739-4155

December 30, 2004

John S. Edinger, Esquire
Assistant Public Defender
Carvel State Office Building
820 N. French Street
Wilmington, Delaware  19801

> RE:  *Jimmie Lewis v. State*
>       No. 531, 2004

Dear Mr. Edinger:

On December 6, 2004, Jimmie Lewis, whom you represent in the Superior Court in Cr. ID No. 0305016966, filed a Notice of Appeal from Interlocutory Order in this Court as well as an Application for Certification in the Superior Court.  The Clerk issued a notice to show cause why the case should not be dismissed for Lewis' failure to file his notice of interlocutory appeal within 30 days of the date of the Order he is attempting to appeal.

On December 14, Mr. Lewis filed a response to the notice to show cause. In reviewing this matter, the Court notes that Mr. Lewis was convicted in 2003 and has yet to be sentenced. The Court has directed me to request information from you regarding the reasons that sentencing has not occurred in this matter. Please file your response by **January 10, 2005**. Copies of Mr. Lewis' pro se filings are enclosed for your information. The Court will take no further action in this matter until it receives your response.

Very truly yours,

*Audrey F. Bacino*

Enclosures

cc:  Mr. Jimmie Lewis
     Loren C. Meyers, Esquire (with enclosures)

*EXHIBIT H-6*

## SUPREME COURT OF DELAWARE

CATHY L. HOWARD
*Clerk*
_____

AUDREY F. BACINO
*Assistant Clerk*
DEBORAH L. WEBB
*Chief Deputy Clerk*
LISA A. SEMANS
*Senior Court Clerk*
DEBRA J. ZATLOKOVICZ
*Senior Court Clerk*

February 7, 2005

#13
SUPREME COURT BUILDING
55 THE GREEN
DOVER, DE 19901

P.O. BOX 476
DOVER, DE 19903
_____

(302) 739-4155
(302) 739-4156
(302) 739-8091

Mr. Jimmie Lewis
SBI #00506622
H.R.Y.C.I.
1301 E. 12th Street
Wilmington, DE 19809

   RE:   ***Lewis v. State***, No. 531, 2004

Dear Mr. Lewis:

   The Court is in receipt of your document entitled "Notice of Service" received on February 4, 2005, in the above matter. Pursuant to the Order dated January 25, 2005, this Court dismissed your appeal. It appears that your document may have crossed in the mail with this Court's January 25 Order. Therefore, the Court will take no further action with respect to your document.

         Very truly yours,

/eas

Enclosure

cc:   Ms. Loren C. Meyers
      (with copy of Mr. Lewis' document)



*EXHIBIT I - 1*

## PUBLIC DEFENDER OF THE STATE OF DELAWARE
### ELBERT N. CARVEL STATE OFFICE BUILDING
820 NORTH FRENCH STREET, THIRD FLOOR
P.O. BOX 8911
WILMINGTON, DELAWARE 19801

LAWRENCE M. SULLIVAN
PUBLIC DEFENDER

JOHN S. EDINGER
ASSISTANT PUBLIC DEFENDER

ANGELO FALASCA
CHIEF DEPUTY

TELEPHONE
(302) 577-5137

January 26, 2005

Mr. Jimmy Lewis
SBI# 506622
HRYCF
P.O. Box 9561
Wilmington, DE 19809

Dear Mr. Lewis:

As to your requests in your letter of January 13, 2005:

1)   I do not have a transcript of the 911 call nor do I
     believe that one exists.

2)   I will attempt to get copies of any medical records from
     First Correctional Medical.  You will have to sign a
     release before I can get that information. Our PFE, Mary
     Ann Cunningham, will be in touch with you to get a signed
     waiver.

3)   I do not have the presentence report.  I usually receive
     a copy the day before the sentencing.  I am not permitted
     to make photocopies of the report but I will show you the
     report before sentencing on February 11, 2005.

                                  Sincerely,

                                  John S. Edinger Jr.
                                  Assistant Public Defender

JSE:mls
cc: Mary Ann Cunningham



*EXHIBIT J-1*

# PUBLIC DEFENDER OF THE STATE OF DELAWARE
### ELBERT N. CARVEL STATE OFFICE BUILDING
### 820 NORTH FRENCH STREET, THIRD FLOOR
### P.O. BOX 8911
### WILMINGTON, DELAWARE 19801

LAWRENCE M. SULLIVAN
PUBLIC DEFENDER

ANGELO FALASCA
CHIEF DEPUTY

JOHN S. EDINGER
ASSISTANT PUBLIC DEFENDER

TELEPHONE
(302) 577-5137

January 10, 2005

Audrey F. Bacino
Assistant Clerk
55 The Green
Dover, DE 19903

     RE: *Jimmie Lewis v. State*
        No. 531, 2004

Dear Ms. Bacino:

    Please accept this letter as my response to the Court's inquiry as to the delay of Mr. Lewis' sentencing. Mr. Lewis is presently scheduled for sentencing on February 11, 2005.

    Mr. Lewis' initial sentencing date of December 5, 2003 was rescheduled after the defense requested a second psychiatric examination by the State Hospital to determine competency. The report, which found Mr. Lewis competent, was received June 28, 2004.

    The second sentencing date of August 13, 2004 was rescheduled to September 3, 2004 because defense counsel was on vacation. The third sentencing date was rescheduled again because the Pre Sentence Office had not received the updated psychiatric report and had not completed their investigation. The fourth sentencing date of December 10, 2004 was rescheduled by Superior Court to February 11, 2005.

                   Respectfully submitted,

cc:  Mr. Jimmie Lewis
     Loren C. Meyers, Esquire



EXHIBIT # K-1

# PUBLIC DEFENDER OF THE STATE OF DELAWARE
### ELBERT N. CARVEL STATE OFFICE BUILDING
#### 820 NORTH FRENCH STREET, THIRD FLOOR
#### P.O. BOX 8911
#### WILMINGTON, DELAWARE 19801

LAWRENCE M. SULLIVAN
PUBLIC DEFENDER

ANGELO FALASCA
CHIEF DEPUTY

JOHN S. EDINGER
ASSISTANT PUBLIC DEFENDER

TELEPHONE
(302) 577-5137

February 2, 2005

Mr. Jimmy Lewis
SBI# 506622
HRYCF
P.O. Box 9561
Wilmington, DE 19809

Dear Mr. Lewis:

In response to your letter of January 26, 2005, please find enclosed a copy of the docket sheet for your case. As for the evaluation the court will use, I do not get a copy of that report until the day before sentencing. I have enclosed the two reports of evaluations by the Delaware State Hospital that were conducted in your case. I presume these reports were used by the pre-sentence office in preparation of your sentence.

Sincerely,

John S. Edinger, Jr.
Assistant Public Defender

JSE:mls
Enclosures

EXHIBIT L-1

IN THE SUPREME COURT OF THE STATE OF DELAWARE

JIMMIE LEWIS
   DEFENDANT,
     APPELLANT,

   V.

STATE OF DELAWARE

   PLAINTIFF,

   APPELLE.

CR. ID NO. 0305016966

NOTICE OF SERVICE

ON THE 18TH OF FEB, 2005 MY COURT APPOINTED DEFENSE ATTORNEY MR. JOHN S. EDINGER JR FILED "NOTICE OF APPEAL", SIMULTANEOUSLY HE SUBMITTED — DIRECTIONS TO SUPERIOR COURT REPORTS KATHY FELDMAN, JOHN DONNELLY AND LYNNE COALE FOR THE PROCEEDINGS BELOW TO BE TRANSCRIBED PURSUANT TO RULE 9(E), BUT IN THE DIRECTIONS, THE DEFENSE ATTORNEY MISTAKENLY REQUESTED PROCEEDINGS IN DAVID R. BAUMANN V. STATE OF — DELAWARE. THE CRIMINAL ACTION NUMBERS ARE CORRECT, BUT I DONT WANT THIS TO BE THE TYPE OF PROCEEDURAL DEFAULT THATS SO VITAL OF AN ERROR THAT IT WILL PREVENT THE SUPREME COURT JUSTICES FROM REVIEWING THE MANY GROUNDS I HAVE FORWARDED TO THE SUPREME COURT, THE OFFICE OF THE PROTHONOTARY, AND TO DEFENSE ATTORNEY OF RECORD MR JOHN S. EDINGER JR, TITLED "APPEAL", ALONG WITH ALL THE TRANSCRIPTS CITED WITHIN THE DIRECTIONS TO THE SUPERIOR COURT — REPORTERS TO SUPPORT MY CLAIMS, SEE ATTACHED.

F.2

ALSO, I HEREBY REQUEST TO BE INFORMED ABOUT IF THE "APPEAL" I FORWARDED WILL BE REVIEWED BY THE SUPREME COURT JUSTICES, AS I WAS NOTIFIED I WOULD HAVE THE OPPORTUNITY TO DO ONCE I WAS SENTENCED. SEE ATTACHED JAN 25, 2005 NOTATION.

PLEASE NOTIFY ME IN REGARDS TO THE DISPOSITION OF MY APPEAL.

NOTE: I HAVE CITED INEFFECTIVE ASSISTANCE OF COUNSEL WITHIN THE MOTION TITLED "APPEAL" "MOTION FOR COURT TO APPOINT NEW COUNSEL" AS WELL AS IN THE "MOTION FOR INTERLOCUTORY APPEAL," SEE SUPREME COURT DOCKET 531, 2004 AND SUPERIOR CRIMINAL COURT DOCKET. AT THIS POINT I REQUEST THAT DEFENSE ATTORNEY MR. JOHN S. EDINGER JR BE REMOVED DUE TO DELIBERATE — INDIFFERENCE, AND THAT I BE APPOINTED NEW COUNSEL FOR DEFENSE.

DATED: 3/08/05

JIMMIE LEWIS
SBI # 506622
H.R.Y.C.I
P.O. BOX 9561
WILM, DE 19809

*EXHIBIT L-2*

## SUPREME COURT OF DELAWARE

CATHY L. HOWARD
*Clerk*

AUDREY F. BACINO
*Assistant Clerk*
DEBORAH L. WEBB
*Chief Deputy Clerk*
LISA A. SEMANS
*Senior Court Clerk*
DEBRA J. ZATLOKOVICZ
*Senior Court Clerk*

March 10, 2005

#5
SUPREME COURT BUILDING
55 THE GREEN
DOVER, DE 19901

P.O. BOX 476
DOVER, DE 19903

(302) 739-4155
(302) 739-4156
(302) 739-8091

John S. Edinger, Esquire
Office of the Public Defender
Carvel State Office Building
820 North French Street
Wilmington, DE 19801

RE:   ***Jimmie Lewis v. State***, No. 64, 2005

Dear Counselor:

Enclosed is a copy of a document received on March 10, 2005 from Jimmie Lewis, in the above-captioned matter. The Court has directed me to provide you with a copy of Mr. Lewis' document for appropriate disposition. Please contact Mr. Lewis and advise him that all future correspondence to the Court on his behalf should be through you as his attorney.

By copy of this letter, I am informing Loren C. Meyers, Esquire, of the Department of Justice, of the Court's action regarding Mr. Lewis' document. I am providing Mr. Meyers with a copy of Mr. Lewis' document for informational purposes only. The Court will take no further action regarding Mr. Lewis' document.

Very truly yours,

Enclosure

/eas

cc:   Mr. Jimmie Lewis
        (with copy of docket sheet)
      Loren C. Meyers, Esquire
        (with copy of Mr. Lewis' document)

IN THE SUPREME COURT OF THE STATE OF DELAWARE

064 , 2005

J. S. EDINGER

L. C. MEYERS

DF $ 00.00

2005

JIMMY LEWIS,
    Defendant Below,
    Appellant,
v.

STATE OF DELAWARE,
    Plantiff Below,
    Appelee.

1   Feb  18    Notice of appeal from the sentence imposed on 2/11/05
               in the Superior Court in and for New Castle County by
               Judge Ableman in Cr.A.Nos. IN-03-06-0175, IN-03-06-0176
               and IN-03-06-0177 and Cr.ID No. 0305016966, with
               designation of transcript. (served by hand 2/18/05)
               (rdd) (afb)

2   Feb  18    Directions to court reporter of proceedings below to be
               transcribed pursuant to Rule 9(e) by appellant.
               (service shown on court reporter by hand 2/15/05)
               (rdd).

3   Feb  23    Letter ated 2-23-05 from Clerk to Kathleen Feldman, the
               transcript is due to be filed by 3-28-05. (clh)

4   Mar  10    Document entitled "Notice of Service RE: Motion to
               Dismiss Counsel, and for Court to Appoint New Counsel"
               by Jimmie Lewis. (eas)

5   Mar  10    Letter dated 3/10/05 from Senior Court Clerk to John
               Edinger, Esquire, forwarding Mr. Lewis' document for
               appropriate disposition. (eas)



EXHIBIT M-1

# PUBLIC DEFENDER OF THE STATE OF DELAWARE
## ELBERT N. CARVEL STATE OFFICE BUILDING
### 820 NORTH FRENCH STREET, THIRD FLOOR
### P.O. BOX 8911
### WILMINGTON, DELAWARE 19801

LAWRENCE M. SULLIVAN
PUBLIC DEFENDER

JOHN S. EDINGER
ASSISTANT PUBLIC DEFENDER

ANGELO FALASCA
CHIEF DEPUTY

TELEPHONE
(302) 577-5137

March 16, 2005

Mr. Jimmy Lewis
SBI# 506622
HRYCF
P.O. Box 9561
Wilmington, DE   19809

          RE:   Appeal No. 64, 2005

Dear Mr. Lewis:

        Please find enclosed a letter from the Supreme Court.  Any future
correspondence needs to be directed through me as your attorney.

        Also, in response to your letter of March 13, 2005, my secretary
spoke with the clerk at Supreme Court and informed her of the name change
in the directions to the court reporters.  She also informed the court
reporters of the name change.  Mr. Baumann's name was **NOT** intentionally
put into the Notice of Appeal.  Documents are routinely copied and used
for other clients and his name was missed when the document was being
typed.

        The transcripts are due to me by March 28, 2005.  Once they are
received I will create a draft copy of the brief and appendix and all
information will be sent to you.  Included in this information will be
my Motion to Withdraw as Counsel and a copy of Rule 26(c).

                              Sincerely,

                              John S. Edinger, Jr.
                              Assistant Public Defender

JSE:mls

*EXHIBIT N - 1*

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

December 22, 2004

TO:  Jimmie Lewis
     H.R.Y.C.F.
     SBI #506622

          **RE:**  Letter dated 12/17/04 addressed to Kathleen Feldman
                Chief Court Reporter for Superior Court; 04-1410 GMS

Dear Mr. Lewis:

     You mailed your papers for the Superior Court Chief Court
Reporter to the United States District (Federal) Court, apparently
by mistake.  They are returned herewith.  The address of STATE OF
DELAWARE - SUPERIOR COURT is:

Delaware Superior Court

Office of the Prothonotary

DANIEL L. HERRMAN COURT HOUSE

500 NORTH KING STREET

WILMINGTON, DE 19801

TEL: 255-0800

                         Sincerely,

/btg                     PETER T. DALLEO
                         CLERK

cc: Alpha File

*EXHIBIT O - 1*



## PUBLIC DEFENDER OF THE STATE OF DELAWARE
### ELBERT N. CARVEL STATE OFFICE BUILDING
### 820 NORTH FRENCH STREET, THIRD FLOOR
### P.O. BOX 8911
### WILMINGTON, DELAWARE 19801

LAWRENCE M. SULLIVAN
PUBLIC DEFENDER

ANGELO FALASCA
CHIEF DEPUTY

JOHN S. EDINGER
ASSISTANT PUBLIC DEFENDER

TELEPHONE
(302) 577-5137

April 18, 2005

Mr. Jimmy Lewis
SBI# 506622
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE  19977
*N440*

RE:  Jimmy Lewis v. State
     Appeal No. 64, 2005

Dear Mr. Lewis:

In response to your letter dated April 14, 2005 enclosed are copies of the transcripts.

The Supreme Court has given me the date of June 3, 2005 by which to file your appeal.  Once I have a draft version prepared, you will be sent a draft copy of the brief, appendix, transcripts, motion to withdraw, and Rule 26(c).  You will be given a date by which you will have to return comments to me to be incorporated with the brief that will be filed with Supreme Court.

Sincerely,

John S. Edinger, Jr.
Assistant Public Defender

JSE:mls
Enclosure

 

EXHIBIT O-2

## PUBLIC DEFENDER OF THE STATE OF DELAWARE
### ELBERT N. CARVEL STATE OFFICE BUILDING
820 NORTH FRENCH STREET, THIRD FLOOR
P.O. BOX 8911
WILMINGTON, DELAWARE 19801

LAWRENCE M. SULLIVAN
PUBLIC DEFENDER

ANGELO FALASCA
CHIEF DEPUTY

JOHN S. EDINGER
ASSISTANT PUBLIC DEFENDER

TELEPHONE
(302) 577-5137

November 3, 2003

Mr. Jimmy Lewis
SBI# 00506622
M.P.C.J.F.
P. O. Box 9561
Wilmington, DE  19809

RE:  State of Delaware v. Jimmy Lewis
     ID# 0305016966

Dear Mr. Lewis:

I received your letter regarding an appeal.  You requested that I identify any appealable issues in your case.  At this point, without the benefit of the transcripts, I am not aware of any appealable issues in your case.  I will order transcripts after the notice of appeal is filed.  A notice will be filed after you are sentenced.

Sincerely,

John S. Edinger, Jr., Esquire
Assistant Public Defender

JSE:mls