IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JIMMIE LEWIS,
   PLAINTIFF,

  V.

JOHN S. EDINGER JR,
   DEFENDANT.

CIV. A. NO. 04-1410 (GMS)



MOTION REQUESTING PERMISSION
TO AMEND COMPLAINT

COMES NOW, THE PLAINTIFF JIMMIE LEWIS, PRO SE,
AND REQUEST THIS HONORABLE COURT TO GRANT THE
PLAINTIFF PERMISSION TO AMEND HIS COMPLAINT, IN
ORDER TO CURE DEFICIENCIES. IN SUPPORT THEREOF
THE PLAINTIFF HEREBY ASSERTS THE FOLLOWING:

1.) TO INCLUDE REQUEST FOR A JURY TRIAL.

2.) TO INCLUDE REQUEST FOR APPOINTMENT OF COUNSEL.

3.) TO INCLUDE REQUEST FOR DECLATORY JUDGEMENT.

4.) TO INCLUDE ATYPICAL AND SIGNIFICANT HARDSHIP.

5.) TO INCLUDE CIVIL RIGHTS STATUTE, SECTION 18 U.S.C.A 241 AND 242, FOR CONSPIRACY, HATE CRIME, MALICIOUS PROSECUTION, ASSULT, LIBEL, SLANDER, UNLAWFUL RESTRAINT.

6.) TO INCLUDE DIVERSITY STATUTE 28 U.S.C.A 1332

7.) TO INCLUDE DEFENDANTS; BRIAN J. ROBERTSON, PEGGY L. ABLEMAN, J. DALLAS. WINSLOW, — KATHLEEN D. FELDMAN, NANCY DUNLAP,

8. TO INCLUDE REQUEST FOR POLYGRAPH TESTING

9. TO INCLUDE 1ST, 4TH, 5TH, 6TH, 8 TH & 14TH — U.S.C.A VIOLATIONS.

10. TO INCLUDE REQUEST FOR PRELIMINARY INJUNCTION.

11. TO INCLUDE REQUEST FOR EXPERT OUR LEGAL WITNESS.

12. TO INCLUDE REQUEST TO PUT A LIEN ON ASSETS.OF DEFENDANTS.

FOR THE FOREGOING REASONS, THE PLAINTIFF —
JIMMIE LEWIS, REQUEST THE PERMISSION TO
AMEND HIS COMPLAINT IN ALL ASPECTS STATED
HEREIN.

RESPECTFULLY SUBMITTED

DATED : JULY 15, 2005

Jimmie Lewis

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JIMMIE LEWIS,
    PLAINTIFF,

    V.

                            CIV. A. NO. 04 - 1410 (GMS)

JOHN S. EDINGER JR,
    DEFENDANT,


                        ORDER

AND NOW, TO WIT, THIS _____ DAY OF _____, 2005,
HAVING CONSIDERED THE PLAINTIFF'S MOTION REQUESTING
PERMISSION TO AMEND COMPLAINT:

IT IS HEREBY ORDERED THAT THE PLAINTIFF'S MOTION REQUESTING
PERMISSION TO AMEND COMPLAINT HAS BEEN GRANTED.

                    BY THE COURT:




                        _____
                        THE HONORABLE GREGORY M. SLEET

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE


JIMMIE LEWIS,
   PLAINTIFF,

   V.

                                   CIV. A. NO. 04-1410 (GMS)
JOHN S. EDINGER JR,
   DEFENDANT.


CERTIFICATE OF SERVICE

I, THE UNDERSIGNED, DO HEREBY CERTIFY ON THIS 15TH DAY
OF JULY, 2005 THAT 8 TRUE COPY OF PLAINTIFFS JIMMIE LEWIS'
MOTION REQUESTING PERMISSION TO AMEND COMPLAINT HAS
BEEN SERVED BY U.S. MAIL TO THE FOLLOWING:


THE HONORABLE GREGORY M. SLEET
U.S. DISTRICT COURT
J. CALEB BOGGS FEDERAL BUILDING
844 N. KING ST, LOCKBOX 18
WILMINGTON, DE 19801                    Jimmie Lewis
                                        SBI # 506622
                                        DEL. CORR. CENTER
                                        1181 PADDOCK RD
DATED: JULY 15, 2005                    SMYRNA, DE 19977